IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERIC WALKER, *et al*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. CIV-11-800-D |
| | ) |
| BUILDDIRECT.COM TECHNOLOGIES, | ) |
| INC., *et al*., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the Court are BuildDirect.com Technologies, Inc.'s Motion to Dismiss Class Action Complaint [Doc. No. 14] and Motion to Compel Arbitration and Dismiss [Doc. No. 15]. Both challenge the sufficiency of the Class Action Complaint to permit Plaintiffs to proceed with a civil action in this Court. However, on September 19, 2011, Plaintiffs timely filed their First Amended Class Action Complaint [Doc. No. 18].[1] This amendment supersedes Plaintiffs' original pleading and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*. 929 F.2d 1515, 1517 (10th Cir. 1991); *see also Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007); *Miller v. Glanz*, 948 F.2d 1562, 1565 (10th Cir. 1991). Accordingly, Defendant's Motions directed at Plaintiffs' original pleading are moot.

---

[1] A plaintiff may amend as a matter of right within 21 days after service of a Rule 12(b) motion or a responsive pleading. *See* Fed. R. Civ. P. 15(a)(1)(B).

IT IS THEREFORE ORDERED that Defendant's Motions [Doc. Nos. 14 and 15] are DENIED without prejudice to resubmission, if appropriate, in response to the amended pleading.

IT IS SO ORDERED this 20th day of September, 2011.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE